FILED

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

2011 DEC 21  PM 4: 09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**JENNIFER JONES,**

    **Plaintiff,**

**Case No.: 3:11-cv-734-J-20JRK**

vs.

**NCC BUSINESS SERVICES, INC.,**

    **Defendant.**

_____/

### O R D E R

This cause is before this Court on Plaintiff's Notice of Settlement (Doc. 13, filed December 19, 2011). Pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice,** subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 2 1st day of December, 2011.

_____
**HARVEY E. SCHLESINGER**
United States District Judge

Copies to:
Shireen Hormozdi, Jr., Esq.
Ernest H. Kohlmyer, III, Esq.