# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JENNIFER JONES,

    Plaintiff,

vs.

    Case No.: 3:11-cv-734-J-20JRK

NCC BUSINESS SERVICES, INC.,

    Defendant.

_____/

## ORDER

This cause is before this Court on Plaintiff's Notice of Settlement (Doc. 13, filed December 19, 2011). Pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice,** subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 21 day of December, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Shireen Hormozdi, Jr., Esq.
Ernest H. Kohlmyer, III, Esq.